UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AUDREY MURPHY, Individually and for Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VIRGINIA MASON FRANCISCAN HEALTH, a Washington nonprofit Corporation,<br><br>Defendant. | Case No. 3:25-cv-05974-JHC<br><br>**ORDER GRANTING STIPULATED MOTION TO STAY ALL DEADLINES AND PROCEEDINGS** |

Before the Court is the parties' *Stipulated Motion to Stay All Deadlines and Proceedings*. Dkt. # 5. Upon review of the Motion, the Court finds that Good Cause exists for the Motion.

Accordingly, the Motion is hereby **GRANTED**.

**IT IS THEREFORE ORDERED** that this lawsuit is **STAYED** in its entirety, including all deadlines set by the Court, for 45 days.

**IT IS FURTHER ORDERED** that the parties will provide a joint status report to the Court on or before December 30, 2025 unless a Notice of Dismissal has been filed with the Court before that date.

Dated: November 14, 2025

*John H. Chun*
John H. Chun
United States District Judge

ORDER GRANTING STIPULATED MOTION
TO STAY ALL DEADLINES AND PROCEEDINGS – 2
Case No. 3:25-cv-05974-JHC