UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AUDREY MURPHY, Individually and for Others Similarly Situated<br><br>    Plaintiff,<br><br>v.<br><br>VIRGINIA MASON MEDICAL CENTER,<br><br>    Defendant. | Case No. 3:25-cv-05974-JHC<br><br>**ORDER GRANTING RENEWED STIPULATED MOTION TO STAY ALL DEADLINES AND PROCEEDINGS** |

Before the Court is the Parties' *Renewed Stipulated Motion to Stay All Deadlines and Proceedings* (the Motion). Upon review of the Motion, the Court finds that Good Cause exists for the Motion.

Accordingly, the Motion is hereby **GRANTED**.

**IT IS THEREFORE ORDERED** that this lawsuit is **STAYED** in its entirety, including all deadlines set by the Court, for 45 days from the date of this Order.

**IT IS SO ORDERED.**

//

Dated: December 18, 2025

                         *John H. Chun*
                         John H. Chun
                         United States District Judge